Case 5:20-cv-09090-NC   Document 12   Filed 01/19/2

FILED

Jan 19 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:20-cv-9090 |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| KKS HOSPITALITY INVESTMENT LLC, | |
| Defendant. | |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case with prejudice; each party to bear their own fees and costs.

DATED this 19th day of January, 2021.

_____
Judge of the U.S District Court



GRANTED
Judge Nathanael M. Cousins